No. 02–1259. STEVENS *v.* DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE APPELLATE DIVISION, SUPREME COURT OF NEW YORK, FIRST JUDICIAL DEPARTMENT, 538 U. S. 979;

No. 03–9260. DYE *v.* OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL., 541 U. S. 1016;

No. 03–9886. BEAR CHILD *v.* UNITED STATES, 541 U. S. 1056; and

No. 03–9971. PATTERSON *v.* UNITED STATES, 541 U. S. 1079. Motions for leave to file petitions for rehearing denied.

No. 03–9656. DULISSE *v.* HOMESIDE LENDING, INC., 541 U. S. 1096; and

No. 03–9858. DIXON *v.* EQUICREDIT CORP. ET AL., 541 U. S. 1083. Petitions for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of these petitions.